writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. Moultrie Hitt* and *G. Kirby Munson* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *F. E. Youngman* for respondent.

No. 269. GUSTASON *v.* CALIFORNIA TRUST CO. ET AL. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. David G. Gustason, pro se. Mr. Thomas S. Tobin* for respondents.

No. 271. EVANS *v.* MISSOURI STATE LIFE INSURANCE Co. October 14, 1935. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Anne M. Evans* and *Dorothy Frooks* for petitioner. No appearance for respondent.

No. 274. MORTGAGE LOAN CO. ET AL. *v.* LIVINGSTON, TRUSTEE IN BANKRUPTCY. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Paul Bakewell, Jr.,* for petitioners. No appearance for respondent.

No. 275. McMULLEN *v.* PENNSYLVANIA R. Co. October 14, 1935. Petition for writ of certiorari to the Supreme Court of New York denied. *Mr. Frank Gibbons* for petitioner. *Messrs. Frederic D. McKenney, J. Spalding Flannery, G. Bowdoin Craighill,* and *Harold J. Adams* for respondent.